and *Arthur C. Brown* for respondents.

No. 474. HAMS, EXECUTOR, *v.* MARSHALL ET AL. October 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Winifred Sullivan* and *George C. Lay* for petitioner. *Mr. Moses Cohen* for respondents.

No. 483. SCHLESINGER *v.* COUNTY OF MILWAUKEE. October· 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles F. Fawsett* for petitioner. *Mr. Eugene Wengert* for respondent.

No. 411. BECKERS· *v.* UNITED STATES. November 3, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James Craig Peacock* and *John W. Townsend* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch, Joseph H. Shephard,* and *Paul D. Miller* for the United States.

No. 475. ST. LOUIS ARCHITECTURAL IRON Co. *v.* NEW AMSTERDAM CASUALTY Co. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John P. Leahy* and *James J. O'Donohoe* for petitioner. No appearance for respondent.

No. 479. COCA COLA Co. *v.* CARLISLE BOTTLING WORKS. November 3, 1930. Petition for writ of certiorari to the